# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ARRON M. LEWIS**  **PLAINTIFF**
**ADC #151373**

v.  **CASE NO. 2:21-CV-00132 BSM**

**JERRY WAYNE SMITH,** *et al*.  **DEFENDANTS**

## ORDER

Arron Lewis's complaint [Doc. No. 1] is dismissed without prejudice because he failed to pay the filing fee or submit a complete application to proceed *in forma pauperis*. Doc. No. 2. His motion for a copy of the docket sheet [Doc. No. 3] is granted. The clerk is directed to send Lewis a copy the docket sheet, along with a copy of this order.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE