IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ARRON M. LEWIS**                                                                              **PLAINTIFF**
**ADC #151373**

v.                              **CASE NO. 2:21-CV-00132 BSM**

**JERRY WAYNE SMITH,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE